No. 612. LEE ET UX. *v.* TERMINAL TRANSPORT CO., INC. C. A. 7th Cir. Certiorari denied. *James A. Dooley* for petitioners. *Harlan L. Hackbert* for respondent.

No. 644. PADGETT *v.* BUXTON-SMITH MERCANTILE CO. ET AL. C. A. 10th Cir. Certiorari denied. *Rolando J. Matteucci* for petitioner. *William A. Sloan* for respondents.

No. 651. BAILEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Howard R. Lonergan* for petititioners. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 652. ALBERT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. *Peter E. Bradt* and *Theodore G. Albert* for petitioner. *Robert J. Danhof* for respondents.

No. 361, Misc. JUSTUS *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se. Earl E. Hartley,* Attorney General of New Mexico, and *Thomas O. Olson* and *Norman S. Thayer,* Assistant Attorneys General, for respondent.

No. 428, Misc. GIVENS *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Fred H. Caplan,* Assistant Attorneys General, for respondent.